# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(62)(63)(64)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
        Defendant-Appellant.

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

_____/

    On order of the Chief Justice, the motions of the Mackinac Center for Public Policy to participate as an amicus curiae and to file an amicus brief on or before July 13, 2018, are GRANTED. On further order of the Chief Justice, the motion of the Michigan District Judges Association to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before July 19, 2018.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2018



Clerk